Plaintiffs
732 S. Andrews Ave.
Sherman, Texas   75090
and Mailing Address:
P.O. Box 2091
McKinney, Texas   75070

Plaintiffs in *Pro se*



original

FILED

FEB - 9 2017

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| MUSLIN, JEWS AND CHRISTIANS AGAINST TERRORISM, Division of **HERITAGE HOPE FOR MINORITIES FOUNDATION**; and **ANN DAWSON**,<br><br>**Plaintiffs**,<br>v.<br><br>The **UNITED STATES OF AMERICA**; **DONALD J. TRUMP,** in his official capacity as President of the United States; Department of Defense; Department of Homeland Security;   Department of State, Department of Interior.<br><br>**Federal Defendants.** | CASE NO. 4:17cv96-ALM-CAN |

## COMPLAINT

COMES NOW, the plaintiffs, *pro se,* for its civil rights cause of action against the United States of America; President Donald J. Trump, Department of Defense, Department of Homeland Security, Department of State and Department of Interior to PROTECT American citizens, our borders, our property and waters.   Order an EXECUTIVE ORDER for "extreme

vetting or ban" on foreign nations and non-citizens/aliens that want to harm American citizens, our property and waters. To protect American citizens, our property and waters from domestic rioting and illegal immigrant criminals in sanctuary cities by ordering an EXECUTIVE ORDER for harsher penalties against threatening our President, domestic rioting, illegal immigrant criminals and sanctuary cities. In the President's and governments capacity, the President and government have knowledge who these foreign nations, non-citizen/aliens, illegal immigrant criminals, and domestic citizens that want to cause harm to Americans citizens, our property and waters. That the "extreme vetting or ban" should stay on until the President and the U.S. of America government determines that it is no longer needed. Plaintiffs further state that:

1. Plaintiffs in this civil rights action is a group that PROMOTES our history and PROTECTS the future HOPE of generations to come of life, liberty and the pursuit of happiness. Ann Dawson is acting as guardian for future generations.

2. Plaintiffs foundation is to promote our heritage for our grandchildren and future generations. Our grandchildren heritage is Native American/Tribal Chief and Christian/Europe from their mother's side. From their father's side their heritage is Muslin/Tribal Egypt and Jewish/Tribal Israel.

3. As Christians, Jews and Muslins, we all LOVE the same grandchildren. We are a POSTER generation of love and peace. We are NOT against Muslins but terrorist who have hijack the Muslins religion. It is the extremist Islamic terrorist who are PREJUDICE and RACIST against other Muslins, Jews and Christians.

4. We need our government to protect our life, liberty, and happiness from foreign nations, non-citizens/aliens, illegal immigrant criminals and domestic citizens that want to cause harm to American citizens, destroy our property and waters.

5. Our Muslin/Jewish family owns a resort on the Mediterranean Sea in Egypt and a Libyan extremist Islamic terrorist came with a gun to kill our family member to take his property. A Libyan extremist Islamic terrorist tried to shot our Muslin/Jewish family members from their apartment windows. A Libyan extremist Islamic terrorist tried to shot our Muslin/Jewish family members and take their theatre property. A Libyan extremist Islamic terrorist kidnapped our Muslin/Jewish family member and threaten to kill him if the Libyan extremist Islamic terrorists were not given ransom money. Our Muslin/Jewish family member friend was killed by a Libyan extremist Islamic terrorist and they took over his business.

6. Some of our family members are back in the U.S. of America. We BELIEVE these Libyan extremist Islamic terrorist are here and more want to come into America to cause harm to other Muslins, Jews, and Christians, our property and waters. Plaintiffs have met some of these extremist Islamic people. Plaintiffs have knowledge that these extremist Islamic terrorist use children and women as suicide bombers. These extremist Islamic terrorist have promised that they will filtrate our country through immigration. Plaintiffs believe that these extremist Islamic terrorist believe that there is no difference between their religion and Sharia Law government. DO NOT FORGET THIS FACT.

7. Members of our family have been harmed by illegal immigrants. Illegal immigrant criminals have harassed, have shot at Plaintiff and burned Plaintiff's property. Plaintiff has filed a Report to the Department of Justice.

## CONCLUSION

For the reasons stated above, we pray that President Donald J. Trump, Department of Defense, Department of Homeland Security, Department of State and Department of Interior will immediately protect American citizens, our borders, our property and waters. Order an Executive Order for "extreme vetting or ban" on foreign nations and non-citizens/aliens who want to cause harm to American citizens, our property and waters. Order "extreme vetting or ban" for as long as the President and the U.S. of American government deems necessary. Order an Executive Order for harsher penalty on threatening the President, domestic rioting, illegal criminal immigrants and sanctuary cities. We believe it is our Constitutional Right as citizens, our property and waters to be protected by the U.S. of America government. Order that U.S. of America is NOT GOVERNED BY SHARIA LAW but by THE CONSTITUTION OF THE UNITED STATES. That Non-citizens/aliens do NOT have the Constitutional Right to come into our country.

We pray that this court recognizes the URGENCY of this cause and immediately set a hearing.

Respectfully submitted,

*Ann Dawson*
Ann Dawson

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by first class mail to each party of record on this __9th__ day of February, 2017.

*Ann Dawson*.
Ann Dawson

President Donald J. Trump
The White House
1600 Pennsylvania Ave., NW
Washington, DC   20500

U.S. Department of Defense
1400 Defense Pentagon
Washington, DC   20301-1400

U.S. Department of State
Federal Government Office
2201 C Street, NW
Washington, DC   20520

U.S. Department of Interior
U.S. Fish and Wildlife Division
1849 C. Street, NW
Washington, DC   20240

U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC   20530-0001

U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC   20528-0075

U.S. Department of Interior
U.S. Fish and Wildlife Division
1849 C. Street, NW
Washington, DC   20240