# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MUSLIN, JEWS AND CHRISTIANS AGAINST TERRORISM, ET AL. § § § | Civil Action No.  4:17-CV-96 (Judge Mazzant/Judge Nowak) |
| v. § § | |
| UNITED STATES OF AMERICA, ET AL. | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2017, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' case be dismissed without prejudice for want of prosecution and failure to serve (Dkt. #5).

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' case is **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**.  The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
SIGNED this 18th day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE